UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CARLOS A. McGREW (#413135)**                                    **CIVIL ACTION**

**VERSUS**

**JOSEPH RUSSELL, ET AL.**                                         **NO. 10-0030-FJP-CN**


### J U D G M E N T

For the written reasons assigned:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, March 25, 2010.

                                                    _____
                                                    FRANK J. POLOZOLA
                                                    MIDDLE DISTRICT OF LOUISIANA